ALLAN S. BLOOM (AB-4125)
JENNIFER L. BARTLE (JB-3589)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENEE PALOMPELLI,

                Plaintiff,

       - against -

EQUINOX FITNESS CLUB, EQUINOX
HOLDINGS, INC., THE EQUINOX GROUP,
INC., and ANISHA KHANNA,

                Defendants.

07 Civ. 6403 (KMK) (HBP)

**DISCLOSURE STATEMENT**
**(Fed. R. Civ. P. 7.1)**

---

Defendants Equinox Fitness Club, Equinox Holdings, Inc., and The Equinox Group, Inc. hereby identify the following parent corporations or publicly held corporations that own 10% or more of their stock:

| | |
|---|---|
| Equinox Fitness Club: | Equinox Holdings, Inc. |
| Equinox Holdings, Inc.: | Related Equinox Intermediate Holdings Corp. |
| The Equinox Group, Inc.: | Equinox Holdings, Inc. |

Dated: August 10, 2007                PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Allan S. Bloom (AB-4125)
Jennifer L. Bartle (JB-3589)

75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

*Attorneys for Defendants*

LEGAL_US_E # 75990407.1