USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 12/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**RENEE PALOMPELLI**
**Plaintiff.**

-v-

**EQUINOX FITNESS CLUB, ET AL**
**Defendants.**

Case No. 07-CV-06403 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Pitman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

______________________________

______________________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ______________

_x_ Settlement* -the parties request a conference at the end of March, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: ______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: ______________

______________________________

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
Dec. 13, 2007

RICHARD J. SULLIVAN
United States District Judge