```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENEE PALOMPELLI,

           Plaintiff,

- against -

EQUINOX FITNESS CLUB, EQUINOX
HOLDINGS, INC., THE EQUINOX GROUP,
INC., and ANISHA KHANNA,

           Defendants.

07 Civ. 6403 (RJS) (HBP)

CASE MANAGEMENT PLAN AND
SCHEDULING ORDER
ECF

---

RICHARD J. SULLIVAN, District Judge:

    At the conference before the Court held on **December 13, 2007**, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1. All parties **do not consent** to trial by Magistrate Judge, pursuant to 28 U.S.C. § 636(c). [If all consent, the remainder of the Order need not be completed at this time.]

2. This case **is** to be tried to a jury.

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rule 26(a)(1) will be completed no later than **December 3, 2007** [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)].

6. All *fact* discovery is to be completed no later than **April 11, 2008** [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances].

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 6 above:

        a.     Initial requests for production of documents to be served by **December 4, 2007.**

        b.     Interrogatories to be served by **December 4, 2007.**

        c.     Depositions to be completed by **March 3, 2008.**

            i.     Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

            ii.    There is no priority in deposition by reason of a party's status as plaintiff or defendant.

            iii.   Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

        d.     Requests to Admit to be served no later than **March 11, 2008.**

8. All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by:

        a.     Expert(s) of Plaintiff(s)    **March 12, 2008.**

        b.     Expert(s) of Defendant(s)    **April 11, 2008.**

9. All discovery is to be completed no later than **April 11, 2008.**

10. The Court will schedule a post-discovery status conference (see ¶ 16) within three weeks of the close of all discovery. *[handwritten: May 1, 2008]*

11. Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post-discovery status conference date listed in ¶ 18. In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted within three business days from service of the initial pre-motion letter. *[handwritten: Pre-Motion Letters by April 15, 2008; Responses by April 18, 2008.]*

12. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

        a.     __X__ Referral to a Magistrate Judge for settlement discussions *[handwritten: MJ Pitman - end of March 2008]*

        b.     _____ Referral to the Southern District's Mediation Program

13. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed *voir dire*, jury instructions and a verdict form shall

-3-

be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14.  Parties have conferred and their present best estimate of the length of trial is **one (1) week**.

---

**TO BE COMPLETED BY THE COURT:**

15.  [Other directions to the parties:]

16.  The post-discovery status conference is scheduled for  May 1, 2008 at 4:15.

SO ORDERED.

DATED:   New York, New York
         Dec. 13, 2007

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE


November 6, 2007

LEGAL_US_E # 77310198.1

-3-