



Sullivan, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENEE PALOMPELLI,

                Plaintiff,

- against -

EQUINOX FITNESS CLUB, EQUINOX
HOLDINGS, INC., THE EQUINOX GROUP, INC.,
and ANISHA KHANNA,

                Defendants.

No. 07-cv-6403 (RJS) (HBP)

**STIPULATION OF DISMISSAL**

(Fed. R. Civ. P. 41(a))

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action is hereby discontinued with prejudice, without costs as against any party. This stipulation may be filed by any party without further notice.

Dated: February 8, 2008

| THOMPSON WIGDOR & GILLY LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| By: _____ | By: _____ |
| Douglas H. Wigdor | Allan S. Bloom |
| Jihee G. Suh | Jennifer L. Bartle |
| Empire State Building | 75 East 55th Street |
| 350 Fifth Avenue, Suite 5720 | New York, New York 10022 |
| New York, New York 10118 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED: _____   DATE: 2/22/08
                        U.S.D.J.

LEGAL_US_B # 78075072.5